FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

99 FEB 24 PM 3: 45

SOUTHERN DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Civil Action No. 98-J-2473-S |
| ROBERT BRANTLEY, | ) |
| Defendant. | ) |

ENTERED
FEB 25 1999

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Robert Brantley, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on October 2, 1998; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant, Robert Brantley, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant, Robert Brantley, is indebted to Plaintiff in the principal sum of $679.73, U.S. Marshal costs of $40.00, penalty charges of $3.80, court costs of $150.00 pursuant to 28 U.S.C. § 2412 (a)(2), accrued interest of $604.63, as of February 18, 1999, plus interest at the prevailing legal rate from the date of judgment.

4. Plaintiff is due to recover from Defendant, Robert Brantley, the sum of $1,596.99, plus

interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

Done this _____ 24 day of February, 1999.

_____
UNITED STATES DISTRICT JUDGE